UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT GEORGE, MICHAEL
CURVIN, ZEF ZEKA, PAUL
LEDOUX and ERIK PAIVA,
Individually and on Behalf
of Others Similarly Situated,
    Plaintiffs,

v.                                          CIVIL ACTION NO.
                                            10-10289-NMG

NATIONAL WATER MAIN CLEANING
CO. and CARYLON CORP.,
    Defendants.

**MEMORANDUM AND ORDER:**
**PLAINTIFF'S MOTION TO AMEND THE FIRST**
**CLASS ACTION COMPLAINT**
**(DOCKET ENTRY # 23)**

**REPORT AND RECOMMENDATION RE:**
**CARYLON CORP.'S MOTION TO DISMISS AMENDED COMPLAINT**
**(DOCKET ENTRY # 16)**

**March 7, 2011**

**BOWLER, U.S.M.J.**

Pending before this court is a motion to dismiss the first
amended complaint (Docket Entry # 6) filed by defendant Carylon
Corporation ("Carylon"). (Docket Entry # 16). After Carylon
filed the motion to dismiss, plaintiffs Robert George and Michael
Curvin ("plaintiffs") filed a motion to amend the first amended
complaint (Docket Entry # 23) and attached a proposed second

*Report and Recommendation accepted and*
*adopted. s/NMGorton, USDJ 3/23/11*