UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*****************************************

Robert George, Michael Curvin,
Mark Bassett, Kevin Colvin,
Kevin Freeman, Justin Kordas,
Carlos Villarreal, Paul Dockett,
Jon Eldridge, Chris Myers,
Zef Zeka, Paul LeDoux
Erik Paiva, Jeffrey David,
and Chris Mirisola

    Individually and on behalf
of all others similarly situated,

        Plaintiffs                    DKT. NO. 1:10-CV-10289

vs.

National Water Main Cleaning Co., &
Carylon Corp.

        Defendants
*****************************************

**<u>PLAINTIFFS' MOTION TO CERTIFY A QUESTION OF LAW TO THE MASSACHUSETTS SUPREME JUDICIAL COURT REGARDING THE INTEREPRATION OF MASS. GEN. LAWS CH. 149, §§ 26-27, OR IN THE ALTERNATIVE TO CERTIFY THE QUESTION TO THE FIRST CIRCUIT COURT OF APPEALS PURSUANT TO 28 U.S.C. § 1292(b)</u>**

Pursuant to Massachusetts Supreme Judicial Court Rule 1:03, the Plaintiffs move for certification of a question of law regarding the interpretation of M.G.L. c. 149, §§ 26-27 to the Massachusetts Supreme Judicial Court, or in the alternative, pursuant to U.S.C. § 1292(b), move for certification of the same question of law to the First Circuit Court of Appeals. As grounds for this motion, the Plaintiffs submit the accompanying memorandum of law attached hereto. For the reasons set forth herin, the Plaintiffs' motion should be **<u>ALLOWED</u>**.

Respectfully submitted,
Robert George, Michael Curvin,
and others
on behalf of themselves
and all others similarly situated,

By their attorneys,

/s/ Adam J. Shafran_____
F. Henry Ellis, III, BBO#556859
fhe@ellis-shafran.com
Adam J. Shafran, BBO#670460
ajshafran@ellis-shafran.com
Ellis & Shafran
4 Pearl Street
Dedham, Massachusetts  02026
781-329-1157
781-459-0082 fax

Date: October 24, 2012


CERTIFICATE OF SERVICE

I, Adam J. Shafran, do hereby certify that this document filed through the ECF system shall be sent electronically to the registered participants as identified on the Notice of Electronic Filing on October 24, 2012.

/s/ Adam J. Shafran
Adam J. Shafran


CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

The undersigned counsel for the Plaintiffs hereby certifies that on October 18, 2012 Plaintiffs' counsel conferred via email with Defendants' counsel and attempted in good faith to resolve or narrow the issue presented in the Plaintiffs' motion

/s/ Adam J. Shafran_____
Adam J. Shafran

2