UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                           )
**ROBERT GEORGE et al.**                   )
                                           )
           v.                              )      Civil Action No. 10-10289-DJC
                                           )
**NATIONAL WATER MAIN CLEANING**           )
**CO. et al.**                             )
                                           )
_____)

## CERTIFICATION OF QUESTION TO THE SUPREME JUDICIAL COURT

**CASPER, J.**                                             September 9, 2016

The Court, at the joint request of the parties, D. 284, certifies the following question to the Supreme Judicial Court pursuant to SJC Rule 1:03:

> Is statutory interest pursuant to M.G.L. c. 231 §6B, or M.G.L. c. 231, §6C, available under Massachusetts law when liquidated (treble) damages are awarded pursuant to Mass. Gen. Laws c. 149, §150?

Although the Court has otherwise approved a class action settlement in this matter, this interest issue remains disputed between the parties and the Court has maintained jurisdiction to resolve this issue.  The Court notes that the U.S. Court of Appeals for the First Circuit previously certified this issue to the Supreme Judicial Court in <u>Travers v. Flight Services & Systems, Inc.</u>, No. 14-1745, 14-1756 (order entered December 15, 2015), but that certification was withdrawn when the parties in that case settled during the pendency of that appeal.  <u>Id.</u> (order entered February 18, 2016).

                                          /s/ Denise J. Casper
                                          U.S. District Judge